NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


SHAMEL A. THOMAS,                    )
                                     )
            Appellant,               )
                                     )
v.                                   )        Case No. 2D18-2729
                                     )
STATE OF FLORIDA,                    )
                                     )
            Appellee.                )
_____ )

Opinion filed June 19, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pasco County; Kim Campbell, Judge.


PER CURIAM.


            Affirmed.


NORTHCUTT, KELLY, and KHOUZAM, JJ., Concur.